**STEPHEN D. HANS & ASSOCIATES, P.C.**
LABOR & EMPLOYMENT COUNSEL FOR OVER 30 YEARS

45-18 Court Square, Suite 403
Long Island City, New York 11101

T: 718.275.6700 • F: 718.275.6704

March 24, 2015

*VIA ECF*

Hon. Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>**Sandoval, et al. v. Bayview Car Wash Inc., et al.**</u>

Dear Judge Pollak:

      I represent the Defendants in the above matter. The purpose of this letter is to seek a telephone conference in the above matter later in the day tomorrow, rather than an appearance at 11:00 AM. I believe I am making this request with the consent of Mr. Avshalumov, a colleague, friend, and counsel for the Plaintiffs.

      We are moving towards resolution of this matter. This can be resolved, and both counsel are committed towards this goal.

      Tomorrow I am scheduled on court-ordered deposition on a matter before Judge Cogan, who has given us only a few weeks to complete discovery in the matter of *Cuenca v. 37-54 Meat & Produce, Inc. et al.*

      I would respectfully request this matter be adjourned to the afternoon tomorrow or at the Court's convenience.

      Respectfully submitted,

      /s/ Stephen D. Hans

      Stephen D. Hans (SH-0798)

cc:    Helen F. Dalton & Associates, P.C.  (via ecf)

www.hansassociates.com