UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSE ORLANDO AGUILERA SANDOVAL, SANTIAGO
CHOXOM XURUC, BLAS JIMENEZ GARCIA, JOSE D.
VIERA-SANCHEZ, BYRON WILFREDO SALAZAR,
JORGE J. AVILA, WALLYS SALAZAR RIVERA, JOSE
MANUEL OSTORGA, JOSE SIERRA-CARDONA,
BRYAN A. ALVARADO RIVERA, and PEDRO A.
RIVERA AGUILERA,

                Plaintiffs,

    -against-

BAYVIEW CAR WASH INC., ACJL GROUP INC.,
ANTHONY WONG and JUSTIN LAM, as individuals,

                Defendants.

------------------------------------------------------------x

NOT FOR PUBLICATION
**ORDER**
14-CV-2648 (CBA) (CLP)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 17 2015 ★
BROOKLYN OFFICE

**AMON, Chief United States District Judge.**

On April 28, 2014, plaintiffs filed this action, seeking to recover damages for violations of the overtime and minimum wage provisions of the Fair Labor Standards Act and the New York Labor Law, as well as other state-law claims related to payment of wages. (Complaint ("Compl.") ¶¶ 242-75.) Plaintiffs identify themselves as current and former employees of defendants Bayview Car Wash, Inc., ACJL Group, Inc., Anthony Wong, and Justin Lam. (Id. ¶¶ 96-148.)

On November 21, 2014, plaintiffs moved to amend their complaint to add a new plaintiff and several new defendants. (Docket Entry ("D.E.") 22.) The Court referred the matter to Magistrate Judge Cheryl L. Pollak for report and recommendation. Thereafter, on December 19, 2014, defendants responded to plaintiffs' motion, indicating that they did not oppose it. (D.E. 26.) On December 29, 2014, Magistrate Judge Pollak issued a Report and Recommendation ("R&R") recommending that the Court grant plaintiffs' motion to amend. (D.E. 27.)

1

No party has objected to the R&R, and the time for doing so has passed. When deciding whether to adopt an R&R, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no party has timely objected, "a district court need only satisfy itself that there is no clear error on the face of the record." Jarvis v. N. Am. Globex Fund, L.P., 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (internal quotation marks omitted). The Court has reviewed the record and, finding no clear error, hereby adopts Magistrate Judge Pollak's R&R as the opinion of the Court.

SO ORDERED.

Dated: Brooklyn, New York
      April 16, 2015

Carol Bagley Amon
Chief United States District Judge