UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE ORLANDO AGUILER SANDOVAL, et al.,

                Plaintiffs,

- against -

BAYVIEW CAR WASH INC., et al.,

                Defendants.
------------------------------------------------------------X

**ORDER**

14 CV 2648 (CBA) (CLP)

On April 28, 2014, Jose Orlando Aguiler Sandoval, Santiago Choxom Xuruc, Blas Jimenez Garcia, Jose D. Viera-Sanchez, Byron Wilfredo Salazar, Jorge J. Avila, Wallys Salazar Rivera, Jose Manuel Ostorga, Jose Sierra-Cardona, Byron A. Alvarado Rivera, Pedro A. Rivera Aguilera, and Edwin Dagoberto Orellana Acosta ("plaintiffs"), filed this lawsuit against Bayview Car Wash Inc., ACJL Group Inc., Anthony Wong, Justin Lam, 187-03 Jamaica Avenue Corp d/b/a Bayview Car Wash, Anthony Chin, Jalal Ehrari, Lucky Radio Inc., John Doe #1, and John Doe #2 a/k/a Rafael (collectively, defendants), seeking to recover damages for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ("FLSA"), and New York Labor Law Article 6 § 190 et seq. and Article 19 § 650 et seq. ("NYLL").

During a conference with this Court held on December 14, 2015, the parties, under the supervision of the Court, reached a resolution of the action. On that same date, December 14, 2015, the parties consented to proceed before the undersigned. The parties are directed to submit the settlement papers within 30 days, by January 14, 2016.

      **SO ORDERED.**

Dated: Brooklyn, New York
       December 15, 2015

                                                /s/ Cheryl L. Pollak
                                                Cheryl L. Pollak
                                                United States Magistrate Judge
                                                Eastern District of New York